NUMBER 13-07-00605-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG



____________________________________________________________

 

THE STATE OF TEXAS, Appellant,


v.



KRYSTAL LEE GUTIERREZ, Appellee.

____________________________________________________________


On Appeal from the 404th District Court


of Cameron County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela 


Memorandum Opinion Per Curiam



 Appellant, the State of Texas, by and through its County and District Attorney for
Cameron County, the Honorable Armando R. Villalobos, has filed a motion for dismissal
of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. See Tex.
R. App. P. 42.2(a). No decision of this Court having been delivered to date, we grant the
motion and dismiss the appeal. Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.



 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and filed

this 12th day of June, 2008.